

# NUMBERS 13-24-00455-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ELIZABETH MACDERMOTT,                                             Appellant,

v.

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,                                               Appellee.

---

## ON APPEAL FROM THE 430TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca
Memorandum Opinion by Justice West**

This cause is before the Court on a joint motion to dismiss. On October 18, 2024, this cause was abated, and the parties were ordered to mediation. The parties have resolved this dispute and request dismissal of this appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, this cause is reinstated, the joint motion is granted, and the appeal is hereby dismissed. In accordance with the joint motion and the apparent agreement between the parties, costs will be taxed against the party incurring the same. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
6th day of February, 2025.

2